46799. GEORGIA FARM BUREAU MUTUAL INSURANCE
COMPANY v. HURLEY et al.
(382 SE2d 597)

PER CURIAM.

After plenary consideration of this matter (*Ga. Farm Bureau Mut. Ins. Co. v. Hurley,* 190 Ga. App. 546 (379 SE2d 420) (1989)), it is found not to satisfy the criteria for the grant of certiorari, and the writ is therefore vacated.

*All the Justices concur, except Weltner, J., not participating.*

Decided June 22, 1989 —
Reconsideration denied July 13, 1989.

*Dillard & Landers, Terry A. Dillard, Bryant H. Bower, Jr.,* for appellant.

*William E. Moore, Jr., John W. Case, J. Converse Bright, Robert M. Clyatt,* for appellees.